

# OFFICE OF STAN STANART
## COUNTY CLERK, HARRIS COUNTY, TEXAS
### COUNTY CIVIL COURTS DEPARTMENT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/13/2015 4:16:58 PM
CHRISTOPHER A. PRINE
Clerk

April 13, 2015

14th Court of Appeals
301 Fannin
Houston, Texas 77002

**SUBJ: Non-Payment of Clerk's Record**

**REF: Appellate No. 14-15-00214-CV /Trial Court No. 1042867**
**County Civil Court at Law No. One (1)**

## ROBIN KAY WILSON
## VS.
## OAK OF WOODFOREST III LTD

This letter is to inform you appellant, **Robin Kay Wilson**, has not paid for the Original Clerk's Record in the above referenced case. The appellant's attorney was notified by mailed of the cost for the Record on **March 16, 2015**. As of **April 13, 2015**, no fees have been posted for this Record. If I can be of any further assistance contact me at **(713)-755-9425**. The original letter will be electronically filed with the Fourteenth Court of Appeals on **April 13, 2015**.

Sincerely,

Stan Stanart
County Clerk

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk

# OFFICE OF STAN STANART
## COUNTY CLERK, HARRIS COUNTY, TEXAS
### CIVIL COURTS DEPARTMENT

**2**

## COST LETTER

April 1, 2015

David J. Sadegh
10203 Birchridge Drive, Suite 210
Humble, Texas 77338

**RE: DOCKET NO. 1042867, COUNTY CIVIL COURT AT LAW One (1)**

### ROBIN KAY WILSON
vs.
### OAK OF WOODFOREST III LTD

Dear David J. Sadegh,

In accordance to TRAP 35.3(a), I am notifying you that **$85.00** is required for the preparation of the Original Clerk's Record from the Notice of Appeal that was filed on March 11, 2015 and the Plaintiff's Request to the Clerk for Preparation of the Clerk's Record, and Designation of Additional Items that was filed on March 27, 2015. Please remit payment in the form of cash, cashier check, credit card, or money order (**personal checks will not be accepted**) payable to STAN STANART, County Clerk. If you have any questions about the Record contact me at (713) 755-9425.

Sincerely,

STAN STANART, County Clerk

Joshua Alegria
Deputy Clerk

P.O. Box 1525 | Houston, TX 77251-1525 | (713) 755-6421
Form No. H-01-147 (Rev. 04/29/2011)        WWW.CCLERK.HCTX.NET        Page 1 of 2

**2**

CCCL-2015-116994

**3**